NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1257, 2009-1317
(Reexamination No. 90/007,327)

IN RE SAMI CHEMICALS AND EXTRACTS, LTD.

Richard J. Berman, Arent Fox LLP, of Washington, DC, argued for appellant. With him on the brief were Janine A. Carlan and Amy E.L. Schoenhard.

Frances M. Lynch, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
            Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1257, 2009-1317
(Reexamination No. 90/007, 327)

IN RE SAMI CHEMICALS AND EXTRACTS, LTD.

# Judgment

ON APPEAL from the      United States Patent and Trademark Office
Board of Patent Appeals and Interferences.

in CASE NO(S).      90/007,327

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, LOURIE, and GAJARSA, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>February 19, 2010</u>      <u>/s/ Jan Horbaly</u>
         Jan Horbaly, Clerk